IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GAYNELL F. ROBINSON,

     Plaintiff,

v.

CARRINGTON MORTGAGE
SERVICES, LLC, as Servicer and
Attorney in Fact for Bank of America,
N.A.,

     Defendant.

CIVIL ACTION FILE NO.

1:15-CV-4494-MHC-CMS

## **ORDER**

A review of the docket in this case shows that Plaintiff Gaynell F. Robinson has failed to comply with a Local Rule of this Court. Pursuant to Local Rule 16.2, the Joint Preliminary Report and Discovery Plan must be filed within thirty days after the first appearance of a defendant by answer or motion, or within thirty days after a removed case is filed in this Court. L.R. 16.2, NDGa. In this case, Defendant Carrington Mortgage Services, LLC, filed its answer to Plaintiff's amended complaint on September 16, 2016 (Doc. 20) and filed its portion of the Preliminary Report and Discovery Plain on October 17, 2016 (Doc 23). To date, Plaintiff has failed to file her portion of the joint report.

The Court is concerned about the representations in Defendant's Preliminary Report that Defendant has been unable to communicate with Plaintiff. Plaintiff is cautioned that her pro se status does not excuse her from conferring with defense counsel, as required by the Federal Rules of Civil Procedure, or from keeping a line of communication open with defense counsel for the purposes of this litigation.

Plaintiff is **ORDERED** to file her portion of the Preliminary Report and Discovery Plan no later than **November 10, 2016**. The Clerk is **DIRECTED** to send a copy of the Joint Preliminary Report and Discovery Plan form (contained in Appendix B of the Local Rules) to Plaintiff along with a copy of this Order. Plaintiff is cautioned that the failure to comply with this Order will result in a recommendation that this lawsuit be dismissed for want of prosecution.

**SO ORDERED** this 31st day of October, 2016.


CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE